**FORM RAB9I** (Chapter 13 Case) (10/06)  Case Number **07−22335**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/23/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Wesley Scott Schwebke<br>983 South 1150 West<br>Clearfield, UT 84015 | Lisa Jensen Schwebke<br>983 South 1150 West<br>Clearfield, UT 84015 |
| Case Number:<br>07−22335 JAB | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−5167<br>xxx−xx−4861 |
| Attorney for Debtor(s) (name and address):<br>Aaron A. Nilsen<br>2562 Washington Boulevard<br>Suite 200<br>Ogden, UT 84401<br>Telephone number:  (801) 678−6069 | Bankruptcy Trustee (name and address):<br>J. Vincent Cameron tr<br>47 West 200 South<br>Suite 600<br>Salt Lake City, UT 84101<br>Telephone number:  (801) 415−0222 |

### Meeting of Creditors
Date: **June 28, 2007**    Time: **9:00 am**
Location: **Federal Building, 324 25th Street, Room 6026, Ogden, UT 84401**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **9/26/07**    For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1): **11/19/07**

Ref: 11 U.S.C. §348 and F.R.B.P. 3002(c)(5)

#### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

#### Deadline to File a Complaint Objecting to Determine Dischargeability of Certain Debts:
8/27/07

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Notice of Filing of Plan, Hearing on Confirmation of Plan and Hearing on Certain Objections
The debtor has filed a plan. The hearing on confirmation and any filed objections under Standing Order Number 1 [Local Rule 2003−1(a), 2083−1(c),(e) and (g), 5005−1(b)(1) or 6070−1(c)(4)] will be held:
Date: **8/9/07** , Time: **02:00 PM** , Location: **U.S. Bankruptcy Court, Rm 341, 350 South Main Street, Salt Lake City, UT 84101**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number:  (801) 524−6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open:  8:00 AM − 4:30 PM; Telephone 8:00 AM − 4:30 PM | Date:  6/1/07 |

### Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1−800−733−6740 or (801) 524−3107 with your touch−tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9I (10/05)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Ref: 11 U.S.C. §348 and F.R.B.P. 3002(c)(5). **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed (unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 20 days after a creditors meeting), if the debor(s) or debtor's counsel fail to attend the creditors meeting, fail to timely file a debtor's schedule or statement or chapter 13 plan, make the initial plan payment or file or provide certain tax returns [Bankr.D.Ut.Rules 2003−1(a), 2083−1(c), 5005−1(b)(1), 6070−1(c)(4)]. A hearing on the objection to dismissal will be held at the confirmation hearing. |
| Objections to Confirmation and the Filing of Tax Returns | Objections to confirmation must be filed and served no later than 10 days before the date set for confirmation found on the front page of this notice. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. Unfiled tax returns must be submitted to the appropriate taxing authority and the trustee pursuant to Standing Order Number 1 [Local Rule 6070−1(c)(1)(2)(3)]. |

−− Refer to Other Side for Important Deadlines and Notices −−

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF UTAH | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Wesley Scott Schwebke<br>Lisa Jensen Schwebke | Case Number<br>07-22335 | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

07-22335

THIS SPACE IS FOR COURT USE ONLY

Telephone Number:

Last four digits of account or other number by which creditor identifies debtor:

Check here if    ☐ replaces
this claim       ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
    (date)         (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____

Value of Collateral:   $_____

Amount of arrearage and other charges at <u>time case filed</u> included in secured claim, if any: $_____

☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**   $_____  _____  _____  _____
                                                  (unsecured)  (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**Please mail this claim form to:**
**U.S. Bankruptcy Court**
**350 South Main St., Rm. 301**
**Salt Lake City, Utah 84101**

*Note: Strike any pre-printed text if incorrect AND type or print correct information

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
|  |  |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Classification of Claim**
  **Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

  **Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

  **Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

5. **Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

6. **Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

7. **Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 07-22335    Doc 11    Filed 06/03/07    Entered 06/03/07 22:48:00    Desc Imaged
Certificate of Service    Page 5 of 6

# CERTIFICATE OF SERVICE

```
District/off: 1088-2                  User: dlg                    Page 1 of 2                  Date Rcvd: Jun 01, 2007
Case: 07-22335                        Form ID: rab9i               Total Served: 60

The following entities were served by first class mail on Jun 03, 2007.
db        +Wesley Scott Schwebke,    983 South 1150 West,    Clearfield, UT 84015-8423
jdb       +Lisa Jensen Schwebke,    983 South 1150 West,    Clearfield, UT 84015-8423
aty       +Aaron A. Nilsen,    2562 Washington Boulevard,    Suite 200,    Ogden, UT 84401-3103
tr        +J. Vincent Cameron tr,    47 West 200 South,    Suite 600,    Salt Lake City, UT 84101-1620
5759250   +Adv Ntwk Sys,    215 Pitkin,    Grand Junction, CO 81501-7805
5759251   +Advantage Network Sy,    P O Box 1180,    Grand Junction, CO 81502-1180
5759252   +Afni,    Po Box 3097,    Bloomington, IL 61702-3097
5759253    Associates Of Pathology, Inc.,    P.O. Box 727,    Brigham City, UT 84302-0727
5759255    BMG Music Service,    P.O. Box 1958,    Indianapolis, IN 46291-0010
5759254   +Beneficial/household Finance,    Po Box 1547,    Chesapeake, VA 23327-1547
5759256    Bonneville Collections,    P.O. Box 150621,    Ogden, UT 84415-0621
5759258   +Cars For Sale,    5765 S. 1900 W.,    Roy, UT 84067-2306
5759259   +Cash Asap - #610,    765 W. Antelope Drive, Ste A,    Layton, UT 84041-1630
5759260   +Check City,    P.O. Box 970183,    Orem, UT 84097-0183
5759261   +Check City,    Online,    P.O. Box 970183,    Orem, UT 84097-0183
5759262   +Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
5759263   +Collection Services Bureau of Utah,    P.O. Box 1270,    Ogden, UT 84402-1270
5759264    Columbia House,    Customer Service Center,    P.O. Box 91605,    Indianapolis, IN 46291-0605
5759265   +Credit Bureau Services,    3355 Washington Blvd,    Ogden, UT 84401-4105
5759266    Credit Collection Services,    P.O. Box 52677,    Phoenix, AZ 85072-2677
5759267    Creditors Interchange,    P.O. Box 2270,    Buffalo, NY 14240-2270
5759268   +Davis Hospital & Medical Center,    1600 W. Antelope Drive,    Layton, UT 84041-1142
5759269    Direct TV,    P.O. Box 78626,    Phoenix, AZ 85062-8626
5759271   +Echostar - ErSolutions, Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
5759272   +Express Recovery Services,    3782 W 2340 S Ste B,    Salt Lake City, UT 84120-7295
5759273   +Farmers Insurance Group,    1868 North Hillfield Road,    Layton, UT 84041-2192
5759274   +Fast Bucks,    301 36th Street,    Ogden, UT 84405-1623
5759275    Genesis Financial Solutions,    8405 Sw Nimbus Ave Suite A,    Beaverton, OR 97008-7185
5759276   +Kent's Market,    3535 West 5600 South,    Roy, UT 84067-9111
5759281    LRS Of Utah,    P.O. Box 1939,    Ogden, UT 84402-1939
5759277    Laboratory Corporation Of America Holdin,    P.O. Box 2240,    Burlington, NC 27216-2240
5759278   +Layton Library,    Davis County Public Library,    155 N. Wasatch Drive,    Layton, UT 84041-3100
5759279   +Les Schwab,    1270 N. Main Street,    Layton, UT 84041-4854
5759280   +Living Scriptures Inc,    3625 Harrison Blvd,    Ogden, UT 84403-2022
5759282   +Money 4 You,    1992 W. Antelope Dr #160,    Layton, UT 84041-4957
5759283   +Mountain View Family Care,    124 South Fairfield Road,    Layton, UT 84041-4438
5759284    Mountain West Surgical Center,    P.O. Box 26681,    Salt Lake City, UT 84126-0681
5759286   +NowCare,    698 12th Street,    Ogden, UT 84404-5877
5759287   +Outsource Receivables Management,    P.O. Box 166,    Ogden, UT 84402-0166
5759288    Quail Cove,    AFS P.O. Box 639,    Draper, UT 84020
5759289    Qwest,    P.O. Box 29039,    Phoenix, AZ 85038-9039
5759290   +Revenue Recovery L.C.,    P.O. Box 186,    Sandy, UT 84091-0186
5759291   +Roy Family Dental,    1845 West 4400 South, Ste 202,    Roy, UT 84067-3049
5759292   +Roy Library,    Weber County Public Library,    1950 W. 4800 S.,    Roy, UT 84067-2627
5759293    Scholastic,    The 4 Friends Club,    P.O. Box 6002,    Jefferson City, MO 65102-6002
5759295   +Tanner Clinic,    P.O. Box 337,    Layton, UT 84041-0337
5759296   +The Cash Store - #606,    852 W. Hillfield Rd. #D,    Layton, UT 84041-2239
5759297   +Through The Country Do,    1112 7th Ave,    Monroe, WI 53566-1364
5759298   +Timothy Sallinger M.D.,    535 So. Nevada Ave,    Montrose, CO 81401-5739
5759299   +USA Cash Services,    333 2nd Street,    Ogden, UT 84404-7406
5759300   +Utah Legal Recovery Sv,    Po Box 1937,    Ogden, UT 84402-1937
5759301   +Wells Fargo Bank,    5603 South 1900 West,    Roy, UT 84067-2358
5759302   +Western Collections,    2233 E Main St Ste B,    Montrose, CO 81401-3831
5759303   +Westgate Resort,    6145 Carrier Drive,    Orlando, FL 32819-8254
5759304   +Wfs Financial,    Po Box 19657,    Irvine, CA 92623-9657
5759305   +Young Chevrolet,    645 North Main Street,    Layton, UT 84041-2230

The following entities were served by electronic transmission on Jun 02, 2007.
5759254   +EDI: HFC.COM Jun 02 2007 01:36:00      Beneficial/household Finance,    Po Box 1547,
           Chesapeake, VA 23327-1547
5759257   +EDI: CAPITALONE.COM Jun 02 2007 01:36:00      Capital One,    C/O Tsys Debt Mgmt.,    PO Box 5155,
           Norcross, GA 30091-5155
5759270    EDI: ESSL.COM Jun 02 2007 01:36:00      Dish Network,    P.O. Box 660589,    Dallas, TX 75266-0589
5759285    EDI: NEXTEL.COM Jun 02 2007 01:36:00      Nextel Communications,    P.O. Box 4181,
           Carol Stream, IL 60197-4181
5759294    EDI: NEXTEL.COM Jun 02 2007 01:36:00      Sprint,    P.O. Box 219554,    Kansas City, MO 64121-9554
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1088-2          User: dlg              Page 2 of 2              Date Rcvd: Jun 01, 2007
Case: 07-22335                Form ID: rab9i         Total Served: 60

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2007**                          **Signature:** _Joseph Speetjens_