07-22335

## CERTIFICATE OF MAILING

   The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Final Report and Account was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on November 12, 2010:

WESLEY SCOTT SCHWEBKE, LISA JENSEN SCHWEBKE, 983 SOUTH 1150 WEST, CLEARFIELD, UT 84015

AARON A. NILSEN, ECF NOTIFICATION

/s/
_____
Office of Kevin R. Anderson